**Order entered February 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00170-CV

**BAXTER BAILEY & ASSOCIATES, INC., Appellant**

**V.**

**TTS, LLC, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04029-2012**

## ORDER

We **GRANT** appellant's February 11, 2014 motion for an extension of time to file a notice of appeal. The notice of appeal filed on February 11, 2014 is deemed timely for jurisdictional purposes.

/s/     ADA BROWN
         JUSTICE